Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,  ) | CASE: 6:09-mj-00176-YNP |
| Plaintiff,  ) | |
| vs.  ) | STIPULATION TO VACATE TRIAL DATE AND SCHEDULE TRIAL-CONFIRMATION HEARING; and ORDER THEREON |
| ROBERT LADD,  ) | |
| Defendant.  ) | Court: U.S. Magistrate |
|   ) | Judge: Honorable Dennis L. Beck |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Robert Ladd, and his attorney of record, Carol Moses, that the date for the Bench Trial in the above-captioned matter set for March 17, 2010, at 10:00 a.m., be vacated, and the matter be set for a trial confirmation hearing on April 20, 2010, at 10:00 a.m.

Dated: February 22, 2010          By: /s/ Susan St. Vincent
                                       SUSAN ST. VINCENT
                                       Acting Legal Officer for
                                       National Park Service

Dated: February 22, 2010          By: /s/ Carol Moses
                                       CAROL MOSES
                                       Attorney for Defendant
                                       ROBERT LADD

ORDER

The Court, having reviewed the above request to vacate the trial date, now set for March 17, 2010, and to set a trial confirmation hearing for April 20, 2010,

HEREBY ORDERS AS FOLLOWS:

1) The Trial date set for March 17, 2010, is vacated..

2) The matter is now set for trial confirmation hearing on April 20, 2010, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **February 24, 2010**              **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE