Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,  ) | CASE: 6:09-mj-00176-YNP |
| ) | |
| Plaintiff,  ) | |
| ) | STIPULATION TO VACATE TRIAL |
| vs.  ) | DATE AND SCHEDULE TRIAL- |
| ) | CONFIRMATION HEARING; AND |
| ROBERT LADD,  ) | ORDER THEREON |
| ) | |
| Defendant.  ) | Court: U.S. Magistrate |
| ) | Judge: Honorable Michael J. Seng |
| _____ ) | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Robert Ladd, and his attorney of record, Carol Moses, that the date for the Bench Trial in the above-captioned matter set for July 21, 2010, at 10:00 a.m., be vacated, and the matter be set for trial on September 8, 2010, at 10:00 a.m., and a trial confirmation hearing be set for August 10, 2010 at 10:00 a.m.

Dated: July 19, 2010          By: /s/ Susan St. Vincent
                                   SUSAN ST. VINCENT
                                   Acting Legal Officer for
                                   National Park Service

Dated: July 19, 2010          By: /s/ Carol Moses
                                   CAROL MOSES
                                   Attorney for Defendant
                                   ROBERT LADD

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to vacate the trial date, now set for July 21, 2010, and to set a trial for September 8, 2010, and to set a trial confirmation hearing for August 10, 2010,

HEREBY ORDERS AS FOLLOWS:

1) The Trial date set for July 21, 2010, is vacated..

2) The matter is now set for trial on September 8, 2010, at 10:00 a.m.

3) The matter is set for a trial confirmation hearing on August 10, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 19, 2010         /s/ *Michael J. Seng*
                  UNITED STATES MAGISTRATE JUDGE