## UNITED STATES DISTRICT COURT
Eastern District of California

JUDGMENT

UNITED STATES OF AMERICA

V.                    Case Number: 6:09-mj-00176-MJS

Robert Ladd            Carol Moses
                       Defendant's Attorney

THE DEFENDANT:

[X]  Pleaded guilty to count(s) 1852806.

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 2.30 (a)(4) | Misappropriation | 1852806 | 8/15/2009 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*
xxx-xx-

September 28, 2010
*Date of Imposition of Sentence*

*Defendant's mailing address:*

/s/ Michael J. Seng
*Signature of Judicial Officer*

Concord, CA 94521

Michael J. Seng,
U.S. Magistrate Judge
*Name and Title of Judicial Officer*

*Defendant's residence address:*

Concord, CA 94521

*Date:* September 28, 2010

AO 245S Modified (3/90) Sheet 4 - Probation

*Defendant:* Robert Ladd
*Case Number:* 6:09-mj-00176-MJS

## PROBATION

*The defendant is hereby placed on unsupervised probation for a term of:*

*24 months.*

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances.  The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below) and shall comply with the following additional conditions:*

*1.   Serve 7 days custody pursuant to 18 USC 3563(b)(10). Defendant is ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, to the U.S. Marshal's Office, Fresno, California, by 2:00 p.m. on November 12, 2010The Court recommends the defendant serve said custody near home in Sacramento, CA.*

*2.  Obey all laws, local, state and federal, and immediately inform this Court if arrested or cited by any law enforcement officer, excluding non-moving traffic violations.*

*3.  Notify this Court of any change of living address.*

*4.   $10.00 penalty assessment forthwith.*

*5.   Defendant shall remain outside Yosemite National Park for duration of probation.*