**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant, ROBERT LADD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 6:09-mj-00176-MJS |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S MOTION TO AMEND SURRENDER DATE AND ORDER THEREON |
| vs. | ) | |
| ROBERT LADD, | ) | |
| Defendant. | ) | |

Defendant ROBERT LADD, by and through his attorney of record, CAROL MOSES, hereby respectfully moves this court for an Order amending Mr. Ladd's report date from today, November 12, 2010 to November 15, 2010, or a date thereafter ordered by this court. The basis for this motion is the unexpected hospitalization of Heather Syms, his fiancé, for a mild stroke and seizures and her need for around the clock care.

**BRIEF PROCEDURAL HISTORY**

Robert Ladd was arrested on August 15, 2009 for a violation of 36 CFR 2.30(a)(4) shoplifting and a violation of 36 CFR 2.30(a)(2) concealment of property, both Class B misdemeanors, in Yosemite Valley, Yosemite National Park. On September 28, 2010 Mr. Ladd pleaded guilty to shoplifting and the concealment charge was dismissed. This court ordered Mr. Ladd to serve ten days in custody, with credit for three days already served. Mr. Ladd was ordered to pay a $10.00 statutory assessment, and was placed on 24 months of unsupervised

probation.  Mr. Ladd was ordered to contact the United States Marshal's Court Liaison in Fresno two weeks before his surrender date of November 12, 2010.

The United States Marshal's Court Liaison Officer in Fresno informed Mr. Ladd that he was to surrender to the Rio Consumnes Correctional Center in Elk Grove, California by 2:00PM on November 12, 2010.

**FACTUAL BASIS FOR MOTION TO EXTEND SURRENDER DATE**

In the very early morning hours of November 12, 2010, Heather Syms, fiancé to Defendant Robert Ladd, suffered a mild stroke, accompanied by multiple seizures.  She was rushed to Sutter Hospital in Sacramento and is expected to be released sometime on Saturday, with the understanding that someone is to be with her throughout the weekend and at least until she is seen again by a physician the following week.  Mr. Ladd's father, who lives in Southern California, has agreed to stay with Ms. Syms while Mr. Ladd is in custody.  Mr. Ladd's father is unable to be in Sacramento until Sunday.

**CONCLUSION**

It is Mr. Ladd's request that the court extend his current surrender date of November 12, 2010 to November 15, 2010.  The basis for the request is outlined above and the rationalization is that Ms. Syms needs personal care and will not be able to be left alone. Mr. Ladd's father has agreed to watch Ms. Syms while Mr. Ladd is in custody.  Mr. Ladd's father will not be able to begin helping with Ms. Syms' care until Sunday. The extension of time to surrender is needed so that Mr. Ladd can watch Ms. Syms' until his father arrives in Sacramento.

Dated:  November 12, 2010

      /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
ROBERT LADD

The Court, having reviewed the above request to amend the surrender date for Defendant, ROBERT LADD, until November 15, 2010, HEREBY ORDERS AS FOLLOWS:

> Defendant ROBERT LADD'S surrender date to the United States Marshal shall be and hereby is amended from November 12, 2010 to November 15, 2010.

IT IS SO ORDERED.

Dated:   November 12, 2010          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE