**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant, ROBERT LADD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT LADD, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 6:09-mj-00176-YNP <br><br> DEFENDANT'S SECOND MOTION TO AMEND SURRENDER DATE AND ORDER THEREON |

Defendant ROBERT LADD, by and through his attorney of record, CAROL MOSES, hereby respectfully moves this court for an Order amending Mr. Ladd's report date from November 15, 2010, to December 17, 2010. The basis for this motion is the continued serious health problems of Heather Syms, his fiancé. Ms. Syms requires around the clock care due to the ongoing seizures and mild strokes; the residuals from which she continues to suffer.

**BRIEF PROCEDURAL HISTORY**

Robert Ladd was arrested on August 15, 2009 for a violation of 36 CFR 2.30(a)(4) shoplifting and a violation of 36 CFR 2.30(a)(2) concealment of property, both Class B misdemeanors, in Yosemite Valley, Yosemite National Park. On September 28, 2010 Mr. Ladd pleaded guilty to shoplifting and the concealment charge was dismissed. This court ordered Mr. Ladd to serve ten days in custody, with credit for three days already served. Mr. Ladd was ordered to pay a $10.00 statutory assessment, and was placed on 24 months of unsupervised

probation.  Mr. Ladd was ordered to contact the United States Marshal's Court Liaison in Fresno two weeks before his surrender date of November 12, 2010.

The United States Marshal's Court Liaison Officer in Fresno informed Mr. Ladd that he was to surrender to the Rio Consumnes Correctional Center in Elk Grove, California by 2:00P.M. on November 12, 2010.

**FACTUAL BASIS FOR MOTION TO EXTEND SURRENDER DATE**

On November 12, 2010, the Court granted an extension to Mr. Ladd's original surrender date.  Mr. Ladd was to surrender to the Rio Consumnes Correctional Center in Elk Grove, California on November 15, 2010 by 2:00 P.M.  Heather Syms, fiancé to Defendant Robert Ladd, is still requiring around the clock care and Mr. Ladd is unable to get anyone else to assist with her care.

**CONCLUSION**

Counsel for Mr. Ladd brought the matter before the court on November 17, 2010.  It is Mr. Ladd's request that the court extend his current surrender date of November 15, 2010 to December 17, 2010 by 2:00 P.M..

Dated:  November 17, 2010

                                /s/ Carol Ann Moses
                               CAROL ANN MOSES
                               Attorney for Defendant,
                               ROBERT LADD

*** **ORDER** ***

The Court, having reviewed the above request to amend the surrender date for Defendant, ROBERT LADD, until December 17, 2010, HEREBY ORDERS AS FOLLOWS:

    Defendant, ROBERT LADD'S, surrender date to the United States Marshal shall be amended from November 15, 2010 to December 17, 2010.

IT IS SO ORDERED.

Dated:   November 17, 2010        /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE